**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 00-6663**

———

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

COLIN MASSIAS, a/k/a C, a/k/a Jamaican C,

Defendant - Appellant.

———

**No. 00-6664**

———

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

COLIN MASSIAS, a/k/a C, a/k/a Jamaican C,

Defendant - Appellant.

———

Appeals from the United States District Court for the Western District of North Carolina, at Charlotte. Richard L. Voorhees, District Judge. (CR-94-148)

———

Submitted: July 13, 2000            Decided: July 25, 2000

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Colin Massias, Appellant Pro Se. Frank DeArmon Whitney, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Colin Massias appeals from the district court's orders denying his motion for the production of transcripts at government expense and denying his motion for reconsideration of the court's order denying him the production of the grand jury's ballot. These motions were filed in connection with his motion to vacate or to set aside his sentence under 28 U.S.C.A. § 2255 (West Supp. 2000). We dismiss the appeal for lack of jurisdiction because these orders are not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The orders here appealed are neither final orders nor appealable interlocutory or collateral orders.

Accordingly, we deny a certificate of appealability and dismiss these appeals as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3